THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER GROSS, Appellant, against WILLIAM A. ADAMS, as Warden of City Prison, Respondent.

Argued May 20, 1946; decided July 23, 1946.

*Abraham J. Halprin* and *Sidney R. Rossiter* for appellant.

*John J. Bennett, Corporation Counsel (Charles C. Weinstein, Seymour B. Quel* and *Joseph J. Lucchi* of counsel), for respondent.

*Samuel Mermin, William Sardell, George Moncharsh, Milton Klein* and *Kenneth V. Fisher,* for The Price Administrator, as *amicus curiæ,* in support of respondent's position.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.